# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MARTIN, BEVERLY B. | Eleventh Circuit | 04/27/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

56 Forsyth Street NW
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Federal Judges Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale Law School | February 21 - February 22, 2016 | New Haven, CT | Talk to Law School Class | Transportation, Meals and Lodging |
| 2. | Harvard Law School | March 28 - March 29, 2016 | Cambridge, MA | Participate in Panel Discussion | Transportation, Meals and Lodging |
| 3. | University of Chicago Law School | April 27 - April 29, 2016 | Chicago, IL | Judge Moot Court | Transportation, Meals and Lodging |
| 4. | Federal Judges Association | May 16 - May 18, 2016 | Washington, DC | Board Meeting | Transportation, Meals and Lodging |
| 5. | New York University | November 11 - November 13, 2016 | Manhasset, NY | Participate in Seminar as a Student | Transportation, Meals and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **MARTIN, BEVERLY B.** | 04/27/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America checking Account | A | Int./Div. | L | T | | | | | |
| 2. Bank of America Money Market Account | A | Int./Div. | J | T | | | | | |
| 3. Bank of America Money Market Account | A | Int./Div. | J | T | | | | | |
| 4. Energy Sector SPDR Trust | B | Dividend | L | T | Buy (add'l) | 01/11/16 | J | | |
| 5. | | | | | Buy (add'l) | 01/15/16 | K | | |
| 6. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 7. | | | | | Buy (add'l) | 01/26/16 | J | | |
| 8. | | | | | Sold (part) | 03/03/16 | J | A | |
| 9. | | | | | Sold (part) | 05/23/16 | J | A | |
| 10. Energy Sector SPDR Trust (IRA) | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 11. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 12. | | | | | Buy (add'l) | 01/26/16 | J | | |
| 13. | | | | | Sold (part) | 04/06/16 | J | A | |
| 14. Financial Sector SPDR Trust ETF | E | Dividend | L | T | Sold (part) | 05/23/16 | J | A | |
| 15. | | | | | Buy (add'l) | 10/13/16 | J | | |
| 16. Financial Sector SPDR Trust ETF (IRA) | A | Dividend | K | T | Buy (add'l) | 10/13/16 | J | | |
| 17. Ishares Currency Hedged MSCI Eurozone ETF | A | Dividend | | | Sold | 02/29/16 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/27/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ishares Currency Hedged MSCI Eurozone ETF (IRA) | A | Dividend | | | Sold | 02/29/16 | J | | |
| 19. Ishares IBOXX $ INVT Grade Corporate Bond | A | Dividend | J | T | Buy (add'l) | 01/15/16 | J | | |
| 20. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 21. | | | | | Sold (part) | 05/23/16 | J | A | |
| 22. Ishares IBOXX High Yield Corporate Bond ETF | A | Dividend | | | Buy | 03/09/16 | J | | |
| 23. | | | | | Sold | 05/23/16 | J | A | |
| 24. Ishares MSCI EAFE ETF | | None | | | Sold | 01/15/16 | K | | |
| 25. Ishares MSCI Emerging Markets ETF | A | Dividend | K | T | Sold (part) | 05/23/16 | J | | |
| 26. Ishares MSCI Emerging Markets ETF (IRA) | A | Dividend | J | T | | | | | |
| 27. Ishares NASDAQ Biotechnology ETF | | None | | | Buy | 01/12/16 | K | | |
| 28. | | | | | Sold | 02/26/16 | K | | |
| 29. Ishares NASDAQ Biotechnology ETF (IRA) | | None | | | Buy | 01/12/16 | J | | |
| 30. | | | | | Sold | 02/26/16 | J | | |
| 31. Ishares Select Divid ETF DE | B | Dividend | K | T | Sold (part) | 05/23/16 | K | B | |
| 32. Ishares Select Divid ETF DE (IRA) | A | Dividend | K | T | | | | | |
| 33. Ishares S&P Europe 350 Index | B | Dividend | L | T | Buy | 03/02/16 | K | | |
| 34. | | | | | Sold (part) | 05/23/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/27/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ishares S&P Europe 350 Index (IRA) | A | Dividend | J | T | Buy | 03/02/16 | J | | |
| 36. Ishares TR HDG MSCI Japan | A | Dividend | | | Buy | 03/02/16 | L | | |
| 37. | | | | | Sold (part) | 05/23/16 | J | | |
| 38. | | | | | Sold | 07/01/16 | K | | |
| 39. Ishares TR HDG MSCI Japan (IRA) | | None | | | Buy | 03/02/16 | J | | |
| 40. | | | | | Sold | 07/01/16 | J | | |
| 41. Ishares U.S. Technology ETF (IRA) | A | Dividend | J | T | Sold (part) | 05/23/16 | J | A | |
| 42. J.M. & Star, Macon, Bibb County, GA | B | Rent | K | W | | | | | |
| 43. Lone Star Corp | E | Dividend | M | W | | | | | |
| 44. Powershares QQQ Trust ETF Ser 1 | A | Dividend | L | T | | | | | |
| 45. Powershares QQQ Trust ETF Ser 1 (IRA) | A | Dividend | J | T | Buy | 05/23/16 | J | | |
| 46. Real Estate Select Sect SPDR ETF | | None | | | Buy | 09/19/16 | J | | |
| 47. | | | | | Sold (part) | 09/22/16 | J | | |
| 48. | | | | | Sold | 10/13/16 | J | | |
| 49. Real Estate Select Sect SPDR ETF (IRA) | | None | | | Buy | 09/19/16 | J | | |
| 50. | | | | | Sold (part) | 09/22/16 | J | A | |
| 51. | | | | | Sold | 10/13/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/27/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Rental Property, Fulton County, GA | B | Rent | M | R | Buy | 6/15/16 | M | | |
| 53. SPDR S&P Biotech ETF DE | A | Dividend | K | T | Sold (part) | 01/12/16 | K | | |
| 54. | | | | | Buy | 02/26/16 | K | | |
| 55. | | | | | Sold (part) | 05/23/16 | J | B | |
| 56. SPDR S&P Biotech EFT (IRA) | A | Dividend | J | T | Sold (part) | 01/12/16 | J | | |
| 57. | | | | | Buy | 02/26/16 | J | | |
| 58. UBS Bank USA Dep Acct (IRA) | A | Interest | J | T | | | | | |
| 59. UBS Bank USA Deposit | A | Interest | K | T | | | | | |
| 60. Vanguard FTSE Europe ETF | A | Dividend | | | Sold | 03/02/16 | L | | |
| 61. Vanguard FTSE Europe ETF (IRA) | | None | | | Sold | 03/07/16 | J | | |
| 62. Vanguuard Index Funds Vanguard Growth ETF | B | Dividend | M | T | Sold (part) | 05/23/16 | K | B | |
| 63. Vanguard Index Funds Vanguard Growth ETF (IRA) | A | Dividend | J | T | | | | | |
| 64. Vanguard Index Funds Vanguard Mid Cap ETF | B | Dividend | M | T | Buy (add'l) | 01/15/16 | J | | |
| 65. | | | | | Sold (part) | 05/23/16 | J | A | |
| 66. Vanguard Index Funds Vanguard Mid Cap ETF (IRA) | A | Dividend | K | T | Sold (part) | 05/23/16 | J | A | |
| 67. Vanguard Index Funds Vanguard Small Cap ETF | B | Dividend | M | T | Sold (part) | 05/23/16 | K | | |
| 68. Vanguard Index Funds Vanguard Small Cap ETF (IRA) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Index Funds Vanguard Value ETF | D | Dividend | M | T | Sold (part) | 01/11/16 | J | | |
| 70. | | | | | Sold (part) | 05/23/16 | J | A | |
| 71. Vanguard Index Funds Vanguard Value ETF (IRA) | A | Dividend | K | T | Sold (part) | 01/11/16 | J | | |
| 72. | | | | | Sold (part) | 03/07/16 | J | | |
| 73. | | | | | Sold (part) | 05/23/16 | J | A | |
| 74. Vanguard Sector Index FD Vanguard Health Care | B | Dividend | L | T | Sold (part) | 05/23/16 | K | C | |
| 75. Vanguard Sector Index FD Vanguard Health Care (IRA) | A | Dividend | K | T | | | | | |
| 76. Wisdomtree Europe Hedg SM EQ ETF | A | Dividend | | | Sold | 05/26/16 | J | A | |
| 77. Wisdomtree Europe Hedged Small Cap Equity | | None | | | Sold | 05/23/16 | J | | |
| 78. Wisdomtree Trust Europe Hedged Equity FD ETF | B | Dividend | L | T | Buy | 02/29/16 | L | | |
| 79. | | | | | Sold (part) | 05/23/16 | J | A | |
| 80. Wisdomtree Trust Europe Hedged Equity FD ETF (IRA) | A | Dividend | K | T | Buy | 02/29/16 | J | | |
| 81. Wisdomtree Trust Japan Hedged Equity FD | A | Dividend | L | T | Sold (part) | 01/15/16 | J | | |
| 82. | | | | | Sold | 03/02/16 | L | | |
| 83. | | | | | Buy | 07/01/16 | K | | |
| 84. Wisdomtree Trust Japan Hedged Equity FD (IRA) | A | Dividend | J | T | Sold (part) | 01/20/16 | J | | |
| 85. | | | | | Sold | 03/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 07/01/16 | J | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/27/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 52: I bought this rental property on June 15, 2016 for a purchase price of $235,000.

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/27/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ BEVERLY B. MARTIN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544